## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **ELLEN BETSCH** | : | **CASE NO.:** |
| **c/o Minnillo & Jenkins Co., LPA** | : | |
| **2712 Observatory Avenue** | : | **JUDGE:** |
| **Cincinnati, Ohio 45208** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF CINCINNATI** | : | **COMPLAINT** |
| **City Hall** | : | |
| **801 Plum Street** | : | **TRIAL BY JURY REQUESTED** |
| **Cincinnati, Ohio 45202** | : | |
| | : | |
| **Defendant.** | : | |

Plaintiff Ellen Betsch, complaining of Defendant City of Cincinnati, alleges as follows:

### PARTIES

1.      Plaintiff Ellen Betsch is a citizen and resident of the State of Ohio.

2.      Defendant City of Cincinnati ("City") is a municipal corporation organized and operated under the laws of the State of Ohio.  Defendant City is an employer within the meaning of federal and state law.

### JURISDICTION AND VENUE

3.      This Court has jurisdiction to hear this case pursuant to 28 U.S.C. § 1331 because it arises under the laws of the United States.

4.      Plaintiff's Count I arises under the Equal Pay Act 29 U.S.C. § 206 ("EPA"). Plaintiff's Count II arises under the EPA's retaliation provision, 29 U.S.C. § 215(a)(3).

5.     Venue is proper in the Southern District of Ohio, Western Division, pursuant to 28 U.S.C. § 1391(b) because the actions out of which these claims arose occurred in the Southern District of Ohio, Western Division.

## FACTS

6.     Ms. Betsch is a female.

7.     Ms. Betsch was hired by the City on or about September 16, 1990 as a provisional Civil Engineering Technician ("CET") 1 in the City's Stormwater Management Utility Division. She subsequently passed the CET 1 examination and retained her position.

8.     Between February 1992 and February 1993, Ms. Betsch was promoted to CET 2. In January 2001, she was promoted to CET 3.

9.     On or about November 6, 2005, Ms. Betsch was promoted to a position known at the time as CET 4, in the Engineering Division of Greater Cincinnati Water Works ("GCWW"). Subsequently, the CET 4 position was renamed Senior Engineer Technician ("SET").

10.     Throughout her 28 years with the City, Ms. Betsch has consistently received positive evaluations, meeting and exceeding the expectations of her supervisors, and has also been nominated for Employee of the Year.

11.     The Engineering Division of GCWW is organized into multiple sections, including the Planning Section. The Planning Section has four groups: Records, Permits, Development and Branch Services. Each group has a group leader and one or more subordinate employees. A copy of the chart reflecting the organization of the Planning Section of GCWW's Engineering Division during the relevant time is attached as Exhibit A.

12.     On or about January 1, 2015, Ms. Betsch was assigned the responsibilities of group leader for Branch Services in Planning Section. As a result, Ms. Betsch's duties included

supervising two subordinates. However, Ms. Betsch remained classified and compensated as an SET while the other group leaders in the Planning Section, who are all male, have been classified as ETS and received higher pay than Ms. Betsch.

13. At all relevant times Todd Reutelshofer, a male, has been employed by the City as group leader of the Records group in the Planning Section and has held the classification of Engineering Technical Supervisor ("ETS").

14. At all relevant times William Morris, a male, has been employed by the City as group leader of the Permits group in the Planning Section and has held the classification of ETS.

15. At all relevant times James O'Shea, a male, has been employed by the City as group leader of the Development group in the Planning Section and has held the classification of ETS.

16. After Ms. Betsch was assigned to be group leader of Branch Services, her supervisor, Becky Calder, verbally advised GCWW management that Ms. Betsch's classification should be upgraded to the same classification held by the three other, male, group leaders in the Planning Section.

17. When Calder received no response, she sent an email on or about November 20, 2015 to GCWW management, requesting that Ms. Betsch's classification be upgraded to the same classification held by the three other, male, group leaders in the Planning Section. Specifically, Ms. Calder requested that Ms. Betsch's position be reclassified as an ETS, which was formerly known as CET 5. A copy of the email is attached as Exhibit B.

18. No action was taken on Ms. Calder's verbal or written requests regarding Ms. Betsch's position. As a result, Ms. Betsch was compensated substantially less than the three men who worked as group leaders in the Planning Section. For example, for the pay period ending

December 2, 2017, each of the three male supervisor's hourly rate was $37.04, while Ms. Betsch's hourly rate was $32.69.

19.     Rule 4, Section 6 of City's Civil Service Commission Rules ("CSC Rules") provides:

> Reclassification of Positions and Incumbents: Each appointing authority is responsible for maintaining the integrity of the classification plan by assigning employees duties which are appropriate for their class in accordance with these rules and the applicable class specification. No supervisor may knowingly assign substantial higher level duties except for a temporary promotion or temporary transfer situation.

A copy of CSC Rule 4 is attached as Exhibit C.

20.     Rule 4, Section 6 further states:

> When the duties and responsibilities of existing positions are changed outside of the current classification, the appointing authority or principal executive officer shall report such fact to the Commission within 60 days of such changes, and transmit to the Commission a full statement of the circumstances, a description of the duties and applicable conditions of employment, if any; copies of such notices shall be provided for the affected employee(s). Requests for audits of positions may be initiated by the Commission, the Civil Service Secretary, an appointing authority or principal executive officer, or an employee working in the position.

See Exhibit C at 11.

21.     In or about December 2015, Ms. Calder assigned Ms. Betsch a third employee to supervise.

22.     On or about October 20, 2016, Ms. Betsch submitted her completed Classification Study Request Form and Employee Job Study Evaluation Form, including all necessary documents.  A copy of her request is attached as Exhibit D.

23.     The City's HR Standard Operating Procedures, Employee Classification Studies ("SOP"), in effect when Ms. Betsch submitted her request, required that the job study be completed and the final report presented to the CSC within 90 days of receipt of the Classification Study

Request Form and the Employee Job Study Evaluation Form. A copy of the SOP is attached as Exhibit E.

24.     Beginning in or about November 2016, Ms. Betsch made numerous verbal and written inquiries about the status of her reclassification request. In several of her inquiries, Ms. Betsch complained to Human Resources employees and supervisory GCWW Engineering Division employees about the obvious gender disparity in classification and pay between herself and her male peers. None of these individuals took any action on Ms. Betsch's complaints. Ms. Betsch made regular inquiries on an approximately monthly basis about her reclassification request for more than a year, but no action was taken.

25.     Sixteen months after Ms. Betsch submitted her reclassification request, on or about February 2, 2018, the City's Human Resources department completed its investigation of Ms. Betsch's reclassification request. The City's investigation concluded that:

> Ms. Betsch is required to manage the day-to-day operations of the Branch Services Group and directly supervise three subordinates. This function does not align with her current position of Senior Engineering Technician. Ms. Betsch exercises a level of autonomy in decision making in managing the Branch Services Section. Ms. Betsch is responsible for reviewing plan submissions from plumbers, contractors, or developers who are (sic) require waters services and coordinating the related activities to safeguard the water system who (sic) new or changing branch service lines are required. Ms. Betsch's function as the section lead aligns with the duties of an Engineering Technical Supervisor because she is responsible for for (sic) overseeing the process that may cause modifications to the water system.

26.     The City's HR department recommended to the CSC that Ms. Betsch's position and Ms. Betsch be reclassified to an ETS. A copy of the memo is attached as Exhibit F.

27.     On or about February 15, 2018, the City's Civil Service Commission approved the recommendation reclassifying Ms. Betsch and her position to an ETS.

28.     Effective February 11, 2018, Ms. Betsch began receiving pay commensurate with an ETS position, at the 10th of 11 pay steps of the classification. The City has not compensated Ms. Betsch in any way for the unequal pay she received from January 2015 through the effective date of her classification. The City has not compensated her for the unequal pay resulting from being placed at the 10th instead of the 11th pay step from February 11, 2018 to the present.

29.     After the CSC's approval of Ms. Betsch's reclassification to an ETS, the City required her to serve a new probationary period of one year, which prevents her from pursuing any job transfers or taking any open examinations for one year.

30.     The City's SOP states: "An employee who has received a classification change pursuant to a position audit/job study is not required to serve a new probationary period." See SOP, Exhibit E at 4.

31.     To date, the City has not officially reclassified her as an ETS. Ms. Betsch was advised by GCWW management that she is considered to be "overfilling" an SET position.

32.     On or about May 2, 2018, during an all Engineering staff meeting, GCWW management of the Planning Section presented an organizational chart which included pictures of the group leaders. The columns for all the groups were side by side, however, Ms. Betsch's photo was placed lower on the chart than the three male group leaders in the Planning Section.

## COUNT I
### (Equal Pay Act - 29 U.S.C. § 206)

33.     Plaintiff realleges and incorporates by reference the foregoing paragraphs as if fully rewritten herein.

34.     From on or about January 1, 2015 through the present, Ms. Betsch and male employees Reutelshofer, Morris and O'Shea performed work requiring substantially equal skill, effort and responsibility, and under similar working conditions.

35.     From on or about January 1, 2015 to date, Ms. Betsch was paid less than male employees Reutelshofer, Morris and O'Shea.

36.     Defendant's conduct violates the Equal Pay Act.

37.     The City's s actions were willful and/or in reckless disregard of Ms. Betsch's rights under the EPA.

38.     As a result of the City's discriminatory conduct, Ms. Betsch has been damaged and is entitled to compensation.

## COUNT II
### (Retaliation - 29 U.S.C. § 215(a)(3))

39.     Plaintiff realleges and incorporates by reference the foregoing paragraphs as if fully rewritten herein.

40.     Ms. Betsch complained to the City's HR employees about gender-based disparity in pay and gender discrimination.

41.     The City's acts in retaliation include, but are not limited to, requiring Ms. Betsch to serve a new probationary period after the CSC approved reclassifying her to an ETS and not officially classifying her as an ETS after the approval.

42.     The City's actions were willful and/or in reckless disregard of Ms. Betsch's rights under the EPA.

43.     As a result of the City's unlawful conduct, Ms. Betsch has suffered damages and is entitled to recovery pursuant to the EPA.

WHEREFORE, plaintiff Ellen Betsch demands judgment against defendant City of Cincinnati as follows:

1.     Enjoining defendant from further unlawful conduct as described in the Complaint;

2. Awarding plaintiff her lost back pay and benefits, including but not limited to lost pension;

3. Awarding plaintiff liquidated damages;

4. Awarding plaintiff pre-judgment interest;

5. Awarding plaintiff compensatory and punitive damages pursuant to 29 U.S.C. § 215(a)(3);

6. Awarding plaintiff reasonable attorneys' fees and costs; and

7. Awarding all other legal and equitable relief to which she may be entitled from defendant.

Respectfully Submitted,

**MINNILLO & JENKINS CO., LPA**


**/s/ Christian A. Jenkins**
Christian A. Jenkins (OH-0070674)
2712 Observatory Avenue
Cincinnati, OH 45208
Tel: (513) 723-1600
Fax: (513) 723-1620
cjenkins@minnillojenkins.com
*Counsel for Plaintiff Ellen Betsch*


**JURY DEMAND**

Plaintiff demands a trial by jury as to all issues so triable in this matter.


**/s/ Christian A. Jenkins**
Christian A. Jenkins (OH-0070674)

# EXHIBIT A

Planning Section
of GCWW's
Engineering Division
Organization Chart



# EXHIBIT B

Calder
November 2015
Email

**From:** Calder, Becky
**Sent:** Friday, November 20, 2015 4:43 PM
**To:** Weber, Russ <Russ.Weber@gcww.cincinnati-oh.gov>; Ginty, Mark <Mark.Ginty@gcww.cincinnati-oh.gov>
**Subject:** Two Civil Engineering Technicians Needed in Planning: Branch Services and Building Permits

Russ,

Currently there is no CET 3 position in Planning for the Building Permit Group or the Branch Services group.  The lack of CET 3 positions is problematic for the following reasons:

1.  Without adding the two CET 3 positions, there is no upward mobility for our CET 2's.  This forces employees to leave our section for promotional opportunities.  The Branch Service and Permit Groups have lost many people for promotion opportunities and they take all their section knowledge with them.
2. All of the managers in the Planning Section can retire either now or within the next five years.  We expect to leave and as we leave there will be only CET 2 positions left  filled in the Branch Service and Permit Groups.  This is not a reasonable scenario for either our CET 2 groups or  for the Water Works.
3. We need succession planning now, so that we can have people with the section knowledge move up in ultimately to fill in the supervisory positions instead of out of Planning for promotional opportunities.  John Waters, Nancy Bonner and Jeff Koch are all on the current CET 3 list.
4. Ellen and Bill both need additional help now to assist them in their workloads.  The work needed would exceed the capability of the CET 2 positions and against Union policy.
5. Issues with CincyStat and maintaining our presence at the One Stop Shop could be eased with the addition of a CET 3 for the Building Permit Group.
6. Issues with the high volume of large branch applications could be eased with the addition of a CET 3.  Ellen currently comes in every weekend to try and catch up on emails from applicants, new branch applications, updating Permits Plus, etc.  The work volume is currently exceeding the hours in the day to do the work.

I am proposing that two new CET 3 positions be added to our compliment, one for the Building Permit Group and one for the Branch Services Group.   The intent of this request is to add two CET 3 positions but not eliminate the two CET 2 positions in both of these sections.

In addition to the above request, I believe that Ellen Betsch's position should be upgraded to a CET 5 position.  I believe the Branch Services is equally important as the Permit Group and the position in Branch Services should be compensated in the same manner.  Ellen exceeds her Performance Measures consistently.  She handles an extremely heavy workload and has constant contact with customers regarding all phases of the large branch application review.  I believe that she has exceeded expectations in her current position and should be appropriately compensated.

I would appreciate your attention to these matters.  Please let me know your thoughts.

And yes,  I do believe these three position requests are reasonable and justified.

Thanks
Becky

# EXHIBIT C

## CSC Rule 4

# Rule 04:    CLASSIFICATION

**Section 1.** Classification Plan: The classes of positions described in the official classification and salary schedules, entitled "Salary Schedule (year), Department of Human Resources" and "Salary Schedule for Civil Service Employees, Cincinnati Public Schools", as published with such modifications as may be made thereto from time to time in accordance with these rules, shall constitute the official classification plan for all positions in the service of the City of Cincinnati and the Cincinnati Public Schools, respectively (with the exception of teaching, educational, research and library positions). No person shall be employed or regularly assigned to work under any classification not appropriate to the duties to be performed. The official classification and salary schedules as hereby made a part of these rules.

**Section 2.** Class Specifications: The Secretary shall maintain in the office a record for each classification established. The record shall contain the classification title, the duties performed, examples of work performed, the knowledge, skills and abilities required and the minimum qualifications required (required education and experience). The official copy of such specifications shall include the date of approval and the signature or initials of the Secretary **or** any employee authorized by Commission to make such endorsement. Approval of all amendments to the specifications adopted under these rules shall be similarly endorsed. The official class specification shall be open to the public at all times during business hours.

**Section 3.** Class Specifications Interpreted: The specifications of classes of positions in the classification plan are hereby declared to have the following force and effect:

A. They are descriptive and explanatory and are not restrictive. The use of a particular expression or illustration as to duties, qualifications, or other attributes shall not exclude others not mentioned if such others are similar in kind or quality, nor to limit the power of appointing authorities to modify or alter the detailed tasks involved in the duties of any position. When a substantial change of duties outside the current classification is made, except for a temporary period or by the addition of duties that are incidental to the main employment, such change shall be reported to the Commission within 60 days with a view to a possible reclassification of the position.

B. In determining the allocation of a given position the specifications shall be considered as a whole. Consideration shall be given to the general duties and responsibilities, the examples of duties cited, the minimum entrance qualifications, and relationships to other classes as affording an inclusive picture of the employment the class is intended to embrace.

**Section 4.** Distribution of Positions to Classes: Upon recommendation of the Secretary each position in the civil service (with the exception of teaching, educational, research and library positions) shall be distributed to the appropriate class by the Civil Service Commission. The distribution of any position to its appropriate class shall involve the adoption of the class title

for all positions in the class in payroll records, in requests to the Civil Service Commission for the certification of eligibles, and in all similar employment processes and documents.

**Section 5.** Classification of New Positions: Whenever a new position is to be established, the appointing authority or principal executive officer shall report such fact to the Civil Service Commission and transmit a comprehensive description of the duties. The Commission shall thereupon investigate the actual or suggested duties and qualification requirements and allocate the position to its appropriate class in accordance with the classification plan.

**Section 6.** Reclassification of Positions and Incumbents: Each appointing authority is responsible for maintaining the integrity of the classification plan by assigning employees duties which are appropriate for their class in accordance with these rules and the applicable class specification. No supervisor may knowingly assign substantial higher level duties except for a temporary promotion or temporary transfer situation.

When the duties and responsibilities of existing positions are changed outside of the current classification, the appointing authority or principal executive officer shall report such fact to the Commission within 60 days of such changes, and transmit to the Commission a full statement of the circumstances, a description of the duties and applicable conditions of employment, if any; copies of such notices shall be provided for the affected employee(s). Requests for audits of positions may be initiated by the Commission, the Civil Service Secretary, an appointing authority or principal executive officer, or an employee working in the position.

The Commission staff shall, after investigation and review of job duties, work samples and/or any other appropriate documents or evidence, allocate or reallocate every position to the appropriate class. The appointing authority, principal executive officers and employees concerned shall have the opportunity to comment to Commission on the reclassification study report prior to Commission's approval.

I. When a position is reclassified to a higher or different classification, several resolutions are available:

    A. The agency may request a certified eligible list for the higher classification, and if the incumbent falls within appointing range, the incumbent will be promoted into the higher position. If the position is to be filled through promotion by means other than a promotional list as approved by Commission, <u>and</u> the incumbent is deemed eligible for the promotion, the incumbent will be promoted into the higher position.

    B. If the incumbent is promoted from an existing list, the promotion shall be effective the beginning of the pay period in which the study is approved by Commission. If the incumbent is promoted after a list is created, or by any other method approved by Commission, the promotion shall be effective following normal rules of promotion.

C. Incumbents holding permanent status in a position reclassified to a different classification with the same top pay step, as approved by the Commission, may be reclassified to the different classification if they meet the qualifications and all rules for transfers are followed.

D. If the agency determines not to fill the position at the classification approved by Commission, management may remove from the employee the higher level and/or non-conforming duties as identified as a result of the class study and ensure that the employee's assigned duties are within the employee's classification.

E. If the agency determines to fill the position at the classification approved by Commission and an incumbent is not eligible for the higher level classification, the employee shall be reassigned to a position in his proper classification. If such a position is not available, see Section C above.

II. When a position is reclassified to a classification having a lower salary range two resolutions are available:

A. Incumbents holding permanent status in a position reclassified to a classification having a lower salary range may be reassigned to a vacant position in their current classification.

B. If the agency determines not to fill the position at the classification approved by Commission, management may add appropriate duties in order to ensure that the employee's assigned duties are within the employee's classification. These new job assignments must be approved by Commission.

**Section 7.** Amendment of the Classification Plan: The Commission, and/or the Civil Service Secretary or designee, as deemed necessary and after conference with the appointing authorities and principal executive officers involved, may establish new classes, abolish, merge or divide existing classes and amend the class specifications to meet changing conditions.

**Section 8.** Dual Classifications (applicable only to the Board of Education): Where it is determined by the appointing authority, with the approval of the Commission, that it is frequently necessary for an employee to perform duties outside of his classification, such employee may be appointed to a class involving such duties and retain his original classification. Competitive examination shall be the means of selection for dual class if the position is of a higher level than the original classification, except as the Commission shall otherwise determine. Any subsequent full time vacancy in the higher classification shall be filled by the employee holding a dual classification with the highest seniority in that class and in the same employing unit. No employee may be made full time in any higher class unless his last service rating was at least "satisfactory".

# EXHIBIT D

## Classification Study Request



# Classification Study Request

I, ELLEN JANE BETSCH have fully reviewed my current classification specification and request a classification study of my employee classification to determine if reclassification of my position is appropriate.

I am aware of Civil Service Rule 4 Section 6, Reclassification of Positions and Incumbents. I understand that if my position is studied and recommended to be reclassified to a higher level classification that in order to be reclassified with the position, I must be on an approved eligible list for the classification and within the certifying range, or otherwise qualified for promotion if the agency chooses to fill the position through other means approved by the Civil Service Commission.

- If I am not on the appropriate eligible list or if I am not within the certifying range, my department will request certification from the appropriate eligible list to permanently fill the position, and I will be reassigned to another appropriate position within my classification. If no eligible list exists for the reclassified position, my department must request that an exam be given and an eligible list prepared for a permanent position.
- If my position is reclassified to a higher classification level and I am on the appropriate eligible list or within the appropriate certifying range, the agency may choose to promote me to the new classification status or to remove the assigned duties identified by the study as belonging to the higher classification.
- If I hold permanent status and the reclassification is of the same top pay scale, I may be reclassified if I meet the qualifications.

I understand that if my position is studied and recommended to be reclassified to a lower classification that the following may occur:
- I may be reassigned to a vacant position in my current classification.
- The agency may assign new duties to my current position at the approval of the Civil Service Commission.

☒ I wish to have my position studied to determine if I am properly classified.

_Ellen Jane Betsch_
**Employee**

_10/20/16_
**Date**

# Employee
# Job Study Evaluation Form



| | | | |
|---|---|---|---|
| Name of Requestor: | ELLEN JANE BETSCH | | |
| Current Department: | GREATER CINCINNATI WATERWORKS (ENGINEERING / PLANNING) | Employee ID: | 14529 |
| Current Classification: | SENIOR ENGINEERING TECHNICIAN | Date of Request: | 10 / 20 / 16 |
| Work Location | CHESTER PARK COMPLEX 4747 SPRING GROVE AV. | Immediate Supervisor: | REBECCA CALDER |

## Why are you requesting this study?

[X] I have fully reviewed my current classification specification and believe I am working above my classification, and should be classified as a: (list classification title you believe you are working in and attach the classification specification) ENGINEERING TECHNICAL SUPERVISOR

[ ] I have fully reviewed my current classification specification and believe I am working below my classification, and should be classified as a: (list classification title you believe you are working in and attach the classification specification)

[ ] I have fully reviewed my current classification specification and believe I am working at the same level, but in the wrong classification title, and should be classified as a: (list classification title you believe you are working in and attach the classification specification)

[ ] Other (please describe, and attach additional information if needed)

## Provide Specific Examples to explain how you are working out of class. (you must review and attach a copy of your current classification specification)

| Date | Action Assigned Out of My Classification | Task Assigned By |
|---|---|---|
| 1/2015 | GIVEN GROUP LEADER RESPONSIBILITIES INCLUDING DIRECT SUPERVISION OF ALL BRANCH SERVICES TECHNICIANS | IMMEDIATE SUPERVISOR, IN AGREEMENT WITH SECTION HEAD |
| ATTACHED - NEXT PAGE - CLASSIFICATION SPECIFICATIONS FOR ENGINEERING TECHNICAL SUPERVISOR. EVERY SINGLE QUALIFICATION ("KNOWLEDGE OF" "ABILITY TO") & EVERY EXAMPLE OF WORK PERFORMED APPLY TO MY CURRENT JOB TASKS. I HAVE THE EDUCATION & EXPERIENCE REQUIRED AS WELL. | | |

Have you requested a resolution with your supervisor/Department HR/labor organization? (YES) NO

## Please describe actions you have taken to resolve/correct and your proposed resolution.

I HAVE DISCUSSED THIS WITH MY IMMEDIATE SUPERVISOR : SHE SUPPORTED MY REQUEST VIA EMAIL TO HER SUPERVISOR - PRINCIPAL ENGINEER MARK GINTY; AND TO HIS SUPERVISOR; CHIEF ENGINEER RUSS WEBER. I HAVE DISCUSSED THIS WITH MY C.O.D.E. UNION REPRESENTATIVE. I HAVE DISCUSSED THIS BRIEFLY WITH OUR DEPARTMENT HR REPRESENTATIVE. I HAVE BEEN ADVISED BY ALL TO PURSUE THIS MATTER WITH THIS REQUEST

| | |
|---|---|
| Signature of Requester: | Ellen Jane Betsch |
| HR Receipt: | |
| Assigned Department Contact: | |

Date Assigned to Department/Agency: 11 / 4 /1999 — GC ww

(began City of Cincinnati
employment 9/16/1990

Human Resources - Human Resources

*THIS IS THE CLASSIFICATION THAT I BELIEVE IS APPROPRIATE FOR THE POSITION I CURRENTLY OCCUPY*

## Classification Specifications

powered by
**NEOGOV**

| | |
|---|---|
| Class Title: | ENGINEERING TECHNICAL SUPERVISOR |
| Bargaining Unit: | Cincinnati Organized and Dedicated Employees |
| Class Code: | 084 |
| Salary: | $25.34 – $34.05 Hourly<br>$2,027.06 – $2,724.19 Biweekly<br>$52,703.46 – $70,829.05 Annually |

**General Statement of Duties** | **Benefits**

Provides support to engineering staff through the performance of drafting and design duties; to supervise the work of subordinate Civil Engineering Technicians; supervises and manages the construction of certain projects; assists in the acquisition of property rights and environmental approvals for construction projects as necessary; be responsible for the proper compilation and filing of records related to the assigned area of responsibility; provides accurate technical information to other departments, engineering/design professionals and the general public.

**Minimum Qualifications (KSAs):**

(Illustrative only. Any one position may not require all of the listed KSAs nor do the listed examples include all the KSAs which may be required.)

**Knowledge of:**
Principles of supervision, training and performance evaluation.
Pertinent federal, state and local laws, codes and regulations.
City policies, procedures and standards related to engineering.
Engineering principles, codes and regulations.
Construction materials used in assigned area of responsibility.
Design techniques and principles.
Principles and practices of drafting, using manual and CAD methods.
Principles and practices of surveying.
Engineering plans, maps, plats and other documents; engineering terminology.
Computer software related to assigned area of responsibility.
Research and information retrieval methods.
Basic English grammar, usage and spelling.
Mathematics related to engineering.
Real estate principles and practices (as appropriate to assignment).
**Ability to:**
Implement and maintain positive employee relations.
Promote and maintain highest integrity throughout all personnel.
Analyze and manage effective EEO/AA programs.
Supervise, direct and assign the work of lower-level staff.
Select, supervise, train and evaluate staff.
Interpret and explain City policies and procedures.
Understand and explain complex technical information and ideas.
Perform mathematical calculations; check the work of subordinates.
Read and understand drawings and specifications relating to engineering, architecture and planning.
Prepare clear and concise reports; prepare appropriate correspondence.
Communicate clearly and concisely, both orally and in writing.
Establish and maintain effective working relationships with those contacted in the course of work including City and other government officials, community groups and the general public.
Operate a personal computer in performance of assigned duties.
Operate assigned vehicle in performance of duties.

**Required Education and Experience:**

Each applicant must have two years experience as a Senior Engineering Technician or one year experience as a Senior Engineering Technician plus successful completion of 60 quarter credit hours in an engineering technology program
**OTHER REQUIREMENTS**
Must have a valid Driver's License
Must be an excellent communicator and team builder.
**MILITARY EDUCATION & EXPERIENCE EVALUATION**

Military education and experience may be substituted for college level course work at the lower and upper division baccalaureate and graduate levels and apprenticeship training at the vocational certificate level on a case by case basis based on the American Council on Education (ACE) Military Guide recommendations.

**Working and Physical Conditions:**

Environmental Conditions: Predominately indoor office environment, some outdoor work; exposure to computer screens; exposure to extremes in weather conditions outdoors; work on slippery or uneven surfaces, around moving vehicles; exposure to dust, fumes from naphtha, gasoline and other substances.
Physical Conditions: Duties require maintaining physical condition necessary for sitting, standing and walking for prolonged periods of time; moderate lifting and carrying; general manual dexterity required; must be able to operate assigned vehicle.

**Examples of Work Performed:**

(Illustrative only. Any one position within this classification may not include all of the duties listed nor do the listed examples include all of the tasks which may be performed.)
Coordinate the organization, staffing and operational activities for the assigned program.
Participate in the development and implementation of goals, objectives, policies and priorities; recommend and implement resulting policies and procedures.
Identify opportunities for improving service delivery methods and procedures; identify resource needs; review with appropriate management staff; implement improvements.
Direct, coordinate and review the work plan for assigned services and activities; assign work activities and projects; monitor work flow; review and evaluate work products, methods and procedures; meet with staff to identify and resolve problems; provide evaluations of staff as appropriate.
Provide assistance to engineering staff; participate on a variety of committees; prepare and present staff reports and other correspondence as appropriate and necessary.
Coordinate assigned activities with those of other divisions and outside agencies and organizations.
Complete drafting and design tasks for assigned projects; check the drafting/design work of subordinate personnel; revise existing drawings.
Using a computer, log-in and index new drawings and other records; perform file searches; retrieve and relay information to the appropriate party.
Prepare correspondence as appropriate; handle incoming telephone calls; respond to requests for information; meet with engineers, design professionals, contractors, etc. as appropriate.
Manage and supervise active construction projects for cost containment and adherence to schedule; work with outside entities on construction projects (OEPA, etc.) as needed.
As assigned, assist in real estate research and negotiations over private property needed for City utility construction projects.
Conduct field investigations as required; supervise field activities of subordinates.
Attend training sessions as required.
Ensure that site safety procedures and practices are enforced.
Review building permit applications, subdivision plans and related applications for compliance with appropriate regulations.
Assist those contacted in the course of duty in an effective, efficient and professional manner.
Perform related duties as assigned.

**Probationary Period:**

Twelve months

**Supervision Exercised:**

Exercises direct supervision over technical and clerical staff.



*THIS IS MY CURRENT CLASSIFICATION*



**CITY OF CINCINNATI**
**invites applications for the position of:**

# SENIOR ENGINEER TECHNICIAN (PROMOTIONAL)

| | |
|---|---|
| **CLOSING DATE/TIME:** | 02/02/16 11:59 PM |
| **SALARY:** | $22.36 - $30.05 Hourly<br>$1,788.99 - $2,404.26 Biweekly<br>$46,513.83 - $62,510.70 Annually |
| **Exam Details:** | This posting will be used to determine interest and eligibility for the Senior Engineering Technician position. Qualified applicants will be notified at least 14 calendar days prior to any exam date. Seniority points will be added to the passing scores. The passing score will be determined after the examination by the Civil Service Examiner together with the Civil Service Secretary. Determination of passing score will be based on the job analysis and the examination results in conjunction with subject matter experts (Special Examiners) and/or professional methods. |
| **Job Type:** | Full-time Classified |
| **Location:** | Centennial II, Human Resources Department, 805 Central Avenue, Suite 200, Cincinnati, Ohio 45202 |
| **Department:** | Metropolitan Sewer District |
| **HR Contact:** | Bruce Ross; bruce.ross@cincinnati-oh.gov |

## GENERAL STATEMENT OF DUTIES:

Performs a variety of technical activities in support of assigned engineering staff; conducts drafting, design and other technical tasks related to the projects and programs, oftentimes utilizing CAD and/or ArcView; assists in review of construction or development plans and specifications; conducts a variety of preliminary surveys, investigations, inspection, construction layouts and tests; conducts research as assigned; performs the more technical duties related to the assigned area of responsibility; assists in providing technical guidance to lower-level engineering technician staff.

## MINIMUM QUALIFICATIONS (KSAS):

(Illustrative only. Any one position may not require all of the listed KSAs nor do the listed examples include all the KSAs which may be required.)

**Knowledge of:**
Principles of engineering as related to assigned area of responsibility.
Principles and practices of construction related to assigned area of responsibility.
Principles and practices of surveying; set-up and use of surveying equipment.
Engineering terminology related to assigned area of responsibility.
City of Cincinnati engineering standards.
City of Cincinnati Safety Manual.
Rules and regulations pertaining to assigned area of responsibility.

Principles and practices of drafting by hand and with AutoCAD and/or ArcView.
Techniques of production of technical drawings.
Techniques of reproducing plans, drawings, etc.
Computer programs relating to engineering functions.
Computer databases and word processing packages.
Principles and practices of producing property surveys, preliminary surveys and construction layouts.
Principles and practices of medical first aid.
Technical mathematics: algebra, trigonometry, geometry, etc.; mathematical functions related to engineering.
Electronics relating to assigned area of responsibility.
Pertinent state, federal and local laws, regulations and codes.

**Skill to:**
Operate surveying equipment; operate equipment related to assigned area of responsibility.
Use designated computer software packages in performance of assigned duties.
Perform strenuous manual labor tasks, e.g. moving manhole covers, carrying equipment, clearing brush, etc.
Perform physical tasks such as climbing, bending, kneeling, etc. in performance of duties.
Use a laptop computer in the field, as required.
Operate assigned vehicle.

**Ability to:**
Complete assigned drafting tasks, using manual and CAD methods.
Perform mathematical calculations related to engineering functions.
Conduct assigned specialized inspections.
Read and understand plans, maps, plats and related documents.
Ensure project compliance with City and state standards.
Present written and verbal reports.
Interpret and apply applicable Federal, State and local policies, laws, codes and regulations.
Communicate clearly and concisely, both orally and in writing.
Establish and maintain effective working relationships with those contacted in the course of work.
Conduct research via computer and by personal search of files, records, etc.
Lead lower-level staff in performance of work functions.
Review and manage invoices and contracts.

## REQUIRED EDUCATION AND EXPERIENCE:

Each applicant must have two years experience as a Civil Engineering Technician 3 OR one year experience as a Civil Engineering Technician 3 and successful completion of 45 quarter credit hours at an accredited college or university in engineering, civil engineering, surveying, drafting, engineering mathematics, engineering computer applications, computer aided drafting (CAD), geographic information systems, or related courses.

**OTHER REQUIREMENTS**
Possession of, or ability to obtain, a valid Driver's License.

**MILITARY EDUCATION & EXPERIENCE EVALUATION**
Military education and experience may be substituted for college level course work at the lower and upper division baccalaureate and graduate levels and apprenticeship training at the vocational certificate level on a case by case basis based on the American Council on Education (ACE) Military Guide recommendations.

## WORKING AND PHYSICAL CONDITIONS:

**Environmental Conditions:** Indoor and outdoor environments; exposure to office computer screens; exposure to extremes in weather conditions outdoors; work with or in water, below ground, in confined spaces, on slippery or uneven surfaces; work with machinery, around moving vehicles, in or near public roadways; work on ladders, scaffolds, etc.; exposure to: dust from construction, fumes from sewage, poison oak/ivy, noise and vibrations; work around radiant and electrical energy.

**Physical Conditions**: Duties require maintaining physical condition necessary for sitting, standing and walking for prolonged periods of time; moderate and heavy lifting and carrying; reaching, pulling, pushing; climbing, kneeling, bending; general manual dexterity required; must be able to operate assigned vehicle.

Applications for City positions are considered public records under Ohio's Public Records Act. As a public record, applications maintained by the City shall be made available to any person requesting to view them.

AN EQUAL OPPORTUNITY EMPLOYER

Reasonable accommodation for qualified people with disabilities. To help us achieve the City's goal to recruit qualified persons with disabilities, please self-identify at the time of application and at employment interviews. Help the City help you!

All offers extended to candidates are contingent upon successful completion of a physical evaluation/drug screen and background check. An applicant with a positive drug test result may not be considered for any position with the City of Cincinnati for a period of one year. Criminal convictions do not necessarily preclude an applicant from consideration for a position. An individual assessment of an applicant's prior criminal convictions will be made before excluding an applicant from consideration.

Our on-line application system is provided by NeoGov. If you have problems while applying online, please contact the Help Desk between 6:00 AM and 6:00 PM Pacific Time Monday - Friday at 1-855-524-5627

APPLICATIONS MAY BE FILED ONLINE AT:
http://agency.governmentjobs.com/cincinnati/default.cfm

805 Central Avenue Suite 200
Cincinnati, OH 45202
513-352-2400

humanresourcesjobinformation@cincinnati-oh.gov

Position #16-00025 (P)
SENIOR ENGINEER TECHNICIAN (PROMOTIONAL)
BR

## SENIOR ENGINEER TECHNICIAN (PROMOTIONAL) Supplemental Questionnaire

\* 1. By completing this supplemental evaluation you are attesting that the information you have provided is accurate. Any information you provide may be reviewed by the Human Resources staff and hiring department(s). Any misstatements or falsification of information may eliminate you from consideration or may result in dismissal. "See resume" is not an acceptable answer to the questions. The Human Resources staff will verify that you meet the minimum qualifications as outlined in the job posting, based on the information provided in your application and in these answers. Please indicate you have read and agree with this information.

   ❑ Yes, I understand and agree

\* 2. What is your current City of Cincinnati classification?


\* 3. Have you been promoted, laterally transferred and/or demoted to a new position within the past twelve month period?

   ❑ Yes
   ❑ No

\* 4. Have you successfully completed 45 quarter credit hours at an accredited college or university in engineering, civil engineering, surveying, drafting, engineering mathematics, engineering computer applications, computer aided drafting (CAD), geographic information systems, or related courses?

   ❑ Yes    ❑ No


\* 5. I understand I am responsible for maintaining the accuracy of my contact information, including my street address, email address, and telephone numbers. My failure to maintain accurate contact information may result in me not receiving information regarding this job announcement and/or may result in me not receiving further consideration for this employment opportunity. To update this

information, visit www.governmentjobs.com, click on the "career seekers" link, and follow the prompts. For technical difficulties, contact NEOGOV support at 855-524-5627.

☐ Yes, I understand and agree

* Required Question

# Individual Employee

# Job Study Evaluation Form



**city of CINCINNATI** HUMAN RESOURCES

## PURPOSE

The purpose of the study is to obtain current information on your job based on a review of job duties and responsibilities.

Because you know your duties and responsibilities better than anyone else, we need *your* help to get an accurate description of your job. We are asking you to complete this questionnaire that asks for information about your job duties. The questionnaire does not ask about your job performance; only what your job requires you to do.

## INSTRUCTIONS

Please complete this questionnaire as honestly, completely and accurately as you can. Base your answers on what is normal to your current job, not special projects or temporary assignment duties, unless these tasks are a regular part of your job. This questionnaire needs to cover many jobs, so the questions are not specifically about your job. However, you should be able to compare your job duties to the examples given. If two answers seem to fit your situation, just check the one that works best. When answering the questions, imagine you are describing what you do to a neighbor, friend or to someone just hired for your position.

Your supervisor and manager will also be asked about your job, but they will not be allowed to change *your* answers. We appreciate your active participation in this important study. If you have questions, please feel free to ask your supervisor or division administrator.

Please return this questionnaire to your department's Human Resources Representative.

## A. EMPLOYEE DATA (PLEASE PRINT):

Your Name: ELLEN JANE BETSCH          Employee ID: 14529

Department: GREATER CINCINNATI WATER WORKS          Location: 4747 SPRING GROVE AV CINCINNATI, OH 45232

Current Classification: SENIOR ENGINEERING TECHNICIAN

How long have you been in your current position: 10 years   3 months

Date of Request: 10/20/16

Immediate Supervisor: REBECCA CALDER          Supervisor's Title: SENIOR ENGINEER

1

## B. GENERAL PURPOSE OF POSITION

Indicate in one or two sentences the general purpose of the position (or why this job exists). This statement should be a general summary of the responsibilities listed in the next section.

To administer the Branch Services Group in the Planning Section of the Engineering Division of Greater Cincinnati Water Works. This Group is responsible for all new and changing water service branch and meter applications, reviews, sales, and related functions within the GCWW City of Cincinnati and multi-county jurisdictional area.

This position performs all higher level tasks within this Group and supervises all employees performing support functions of this Group.

2

## C. SUMMARY OF RESPONSIBILITIES/DUTIES

Describe specific job responsibilities/duties, listing the most important first. Use a separate statement for each responsibility. Most positions can be described in **6-8 major responsibility areas**. Combine minor or occasional duties in one last statement. Give a best estimate of average percentage of time each responsibility takes; however, do not include a duty which occupies 5% or less of your time *unless it is an essential part of the job*. Rate the importance of each duty, **with 1 being Least Important and 5 being Most Important**. The supervisor should then indicate agreement or disagreement. Each statement should be brief and concise, beginning with an action verb. **A list of action verbs is attached for reference but feel free to use other action verbs if they are more appropriate.** The box below shows an example.

| --EXAMPLE-- | % of Time | Importance 1=Least 5=Most | SUPERVISOR Agree? |
|---|---|---|---|
| Secretary | | | |
| 1. Performs a variety of typing duties including standard letters, reports and forms. | 25% 25% | 5.0 4.5 | X X |
| 2. Takes and transcribes dictation. Composes letters and memos as directed. | 20% | 4.0 | X |
| 3. Maintains departmental files: ensures that all records are updated and modified as necessary. | 20% | 4.5 | X |
| 4. Answers the telephone and greets visitors. | 10% | 3.5 | X |
| 5. Makes travel arrangements. | 100% | | |

| | % of Time | Importance 1=Least 5=Most | SUPERVISOR Agree? |
|---|---|---|---|
| 1 REVIEWS LARGE, COMMERCIAL & FIRE SUPPRESSION WATER SERVICE BRANCH APPLICATIONS & MANAGE THESE PROJECTS THROUGH APPROVAL AND SALE. | 35 | 5 | X |
| 2 PERFORMS FULL SUPERVISORY DUTIES FOR THREE SUBORDINANT TECHNICIANS | 15 | 5 | X |
| 3 REVIEWS & APPROVES ALL NEW RESIDENTIAL AND SMALL WATER SERVICE APPLICATIONS | 5 | 4.5 | X |
| 4 INITIATES, POPULATES, TRACKS AND KEEPS UPDATED MULTIPLE DATABASES & APPLICATIONS RELATED TO WATER BRANCH & METER DATA. | 15 | 5 | X |
| 5 TAILY INTERNAL & EXTERNAL PROJECT CORRESPONDENCE, COORDINATION & COMMUNICATION W/ PROJECT TEAMS, OTHER MUNICIPAL ENTITIES, DEPT.'S ETC. | 20 | 5 | X |
| 6 JOB SITE VISITS FOR MEETINGS, MEASUREMENTS, INVESTIGATIONS & MONITORING. ALSO SCHEDULING & FACILITATING PROJECT MEETINGS AT GCWW | 5 | 3 | X |
| 7. ADMINISTERS AND CORRECTS GCWW CERTIFIED PERSONS EXAMS TO PLUMBERS & FIRE INSTALLERS | 1 | 2 | X |
| 8 PARTICIPATES IN MEETINGS AND PLANNING FOR ONGOING UPDATING, IMPROVING & AUTOMATING SERVICES OFTEN INITIATING THESE. | 3 | 2 | X |
| 9 Perform other job-related duties as assigned. | 1 | 1 | X |

3

## D. CONTACTS

List below who you have job-related contact with on your job, why, and how often. Contact includes talking with them on the phone, in person, or in writing. Use the following frequency codes:

D = Daily    M= Monthly    Q= Quarterly    A= Annually
W = Weekly    BM = Bi-Monthly    SA = Semi-Annually    LA = Less than once per year

| Employees in Your Division/Dept (List Job Titles) | Purpose of Contact | Frequency |
|---|---|---|
| SENIOR ENGINEER | MY SUPERVISOR; FROM THIS PERSON IN ADDITION TO SUPERVISORY-RELATED THINGS/ADVICE & DIRECTION ON TASKS | D |
| ENGINEERING TECHNICAL SUPERVISORS | INTER-RELATED JOBS BETWEEN MY GROUP & THEIR GROUPS | D |
| PRINCIPAL & CHIEF ENGINEER | HIGH PROFILE JOB COMMUNICATION & SPECIAL PROJECTS | D/W |
| ASSISTANT SUPERVISORS OF CONSTRUCTION INSPECTION | COORDINATED WORK WITH INSPECTORS ON CONSTRUCTION | W |
| UTILITIES CONSTRUCTION INSPECTOR | JOB'S THAT INVOLVE SUBDIVISION WATER BRANCHES, WATER MAIN EXTENSIONS | W |
| SUPERVISORS OF WATER DISTRIBUTION MAINTENANCE | INTER-RELATED WORK WITH etc. PREMISE SERVICES MAINTENANCE | W |
| SUPERVISING SURVEYOR | & BRANCH INSTALLATION FIELD INVESTIGATION & WATER | M |
| **Employees in Other Division/Depts (List Job Titles)** | FLOW & PRESSURE TESTING REQUESTS | |
| MULTIPLE FIRE CHIEFS, CAPTAINS & SPECIALISTS | INFORMATION SHARING & GATHERING RELATED TO FIRE SUPPRESSION NEEDS OF DEVELOPMENTS | W/M |
| SENIOR COMM DEV PLAN AND EXM, HIST. CONSERV/LANDUSE MGMT. | I AM THE BACK-UP FOR THE BTS WHO ATTENDS PERMIT CENTER MEETINGS so I | W |
| SENIOR ENGINEERING TECHNICIAN - MSD & DOTE | ANSWERING QUESTIONS FROM THEIR POSING QUESTIONS TO THEM & SHARING INFO | BM |
| CIVIL ENGINEERING TECHNICIANS LEVELS 1-3 | DISCUSS DATA AND RESEARCH FROM VARIOUS UTILITIES AS THEY RELATE | BM |
| SUPERVISING SURVEYOR | TO MY WORK RELATED TO BRANCH WORK COORDINATION IN STREETCAR | BM |
| PARKS/REC MAINTENANCE CREW LEADER | COORDINATION & CONSULTATION WHEN CITY OWNED TREES & LANDSCAPE | SA |
| **Employees at Other Employers (List Job Titles)** | ARE EFFECTED BY WATER BRANCH CONSTRUCTION | |
| PRESIDENTS VICE PRESIDENTS | WATER SERVICE PROJECT WORK - DESIGN MATTERS. | D/W |
| SENIOR PROJECT MANAGEMENT OFFICERS | PLANNING, PROJECT MANAGEMENT COORDINATION w/ OFFICE | D/W |
| DIRECTORS OF CIVIL ENGINEERING SERVICES | WORK & GROUPS, RESEARCH, MEETINGS, PROJECT PROGRESS | D/W |
| DEVELOPMENT ADMINISTRATOR ENGINEERS | UPDATES & MONITORING - PAST SCOPE OF THIS POSITION THROUGH PROJECT | D/W |
| **General Public** OTHER THAN | QUESTIONS RELATED TO THEIR WATER SERVICE | D/W |
| **Others (List)** PROJECT RELATED | | |
| FIRE INSTALLERS | THESE ARE THE PEOPLE I WORK WITH ON THE BASIC APPLICATION | D |
| PLUMBERS | PROCESS FOR WATER SERVICE BRANCHES | D |
| PROJECT MANAGERS | | D |
| PROPERTY OWNERS | | D |

I HAVE REGULAR JOB-RELATED CONTACT WITH MORE PEOPLE THAN THERE IS ROOM HERE TO ENUMERATE, BUT THIS IS A GOOD REPRESENTATIONAL LIST.

5

## E. SUPERVISORY RESPONSIBILITIES

SUPERVISORY NATURE: Below are listed tasks which a supervisor may perform. Check all the supervisory tasks you perform as a regular part of your job.

☐ Check here if you DO NOT perform any supervisory tasks as a regular part of your job.

✓ Interview job applicants
✓ Make hiring recommendations
____ Make hiring decisions
✓ Plan and/or schedule work for others
✓ Assign or delegate work to others
____ Establish rules, procedures, and/or standards ( GIVE RECOMMENDATIONS FOR THESE -
✓ Monitor work of others          THAT IS ONE OF MY "OTHER RELATED
✓ Give instructions to others     DUTIES")
✓ Formally train others
____ Evaluate the work of others but do not sign formal performance appraisal forms
✓ Complete and sign formal performance evaluations of others
✓ Discipline others
✓ Recommend promotion of others
✓ Recommend demotion or discharge of others
____ Make promotion decisions
____ Make demotion or discharge decisions
____ Other (Explain):

How many positions report directly to you?

☐ None      ☐ 1      ☒ 2(3)      ☐ 4-6      ☐ 7 or more

List the title(s) of employee(s) whom you directly supervise:

| Title | Grade/Level | Number of Positions |
|---|---|---|
| CIVIL ENGINEERING TECH. | 3 | 1 |
| CIVIL ENGINEERING TECH. | 2 | 2 |
| | | |
| | | |
| | | |

Indicate the total number of employees you indirectly supervise **through supervisors or others**:

☐ None   ☒ 1-5   ☐ 6-10   ☐ 11-20   ☐ 21-50   ☐ 51-100   ☐ 100 +

Does this position require functional supervision of positions that do not report directly to you?

☒ Yes      ☐ No

6

Please complete organization chart below:



Titles of Your Direct Reports (extend if necessary)

CIVIL ENGINEERING TECHNICIAN 3
CIVIL ENGINEERING TECHNICIAN 2
CIVIL ENGINEERING TECHNICIAN 2

For the remainder of the questionnaire, most of the questions require that you check the box or list information. Guidelines for completing these sections are as follows: 1) read each definition carefully before answering, 2) consider the job, not yourself, 3) answer based on the job as it currently exists, 4) select the most appropriate answer(s) for each question.

## General Education & Experience

**F. EDUCATION:** Check the box that best indicates the minimum training/education requirements of this job. (Not necessarily your education, but the requirements for the job).

Minimum
Requirement

| | |
|---|---|
| ☐ Up to 8 years of education | ☒ Some College/Associate's Degree |
| ☐ 9 to 11 years of education | ☐ Bachelor's Degree |
| ☐ High School Diploma or GED | ☐ Master's Degree |
| ☐ Vocational/Technical/Business School | ☐ Doctorate Degree |

7

## G. EXPERIENCE

**TYPE OF EXPERIENCE NEEDED:** Please indicate the specific job experience needed. For example, "accounting experience in an education environment" vs. "accounting experience". Be sure that the experience stated is what is actually required by the job, not what is preferred.

CIVIL ENGINEERING TECHNOLOGY EXPERIENCE (DRAFTING, PLAN READING, BASIC SURVEY KNOWLEDGE. BASIC SURVEY & ENGINEERING MATH ABILITIES). EXPERIENCE WITH CIVIL ENGINEERING COMPUTER TECHNOLOG SUCH AS AUTO CAD, GEOGRAPHIC INFORMATION SYSTEMS & GLOBAL POSITIONING SYSTEMS. INTERNAL & EXTERNAL CUSTOMER SERVICE EXPERIENCE, SUPERVISORY EXPERIENCE,

Check the box which best indicates the <u>minimum</u> amount of experience described above. (<u>Not</u> necessarily <u>your</u> years of experience, but the requirements for the job.)

☐ Less than 6 months
☐ 6 months but less than 1 year
☐ 1 year but less than 3 years

☐ 3 but less than 5 years
☐ 5 but less than 7 years
☒ 7 years plus

## H. TYPE OF SKILLS AND/OR LICENSING/CERTIFICATION REQUIRED:

Please indicate all specific skills and/or licensing/certification required (not preferred) to do this job. For example, spreadsheet software proficiency may be a requirement for a secretarial job; journey license may be required for an electrician.

LEVEL "2" STREETCAR SAFETY BADGE
OTCO CERTIFICATION FOR BACK FLOW PREVENTION
COLLEGE COURSE COMPLETION FOR TECHNICAL SKILLS
   RELATED TO CIVIL ENGINEERING TECHNOLOGY FOR PROFICIENCY
   IN: MATHEMATICS, IN PARTICULAR TRIGONOMETRY, SURVEYING,
   SURVEYING CALCULATIONS, DRAFTING - MANUAL AND CAD
   (COMPUTER AIDED DRAFTING), PRINCIPLES OF CONSTRUCTION &
   CONSTRUCTION BASICS
MUST BE ABLE TO USE SOFTWARE RELATED TO GIS (GEOGRAPHIC
   INFORMATION SYSTEMS) - MUST HAVE WORKING KNOWLEDGE OF THIS
MUST BE PROFICIENT WITH BASIC MICROSOFT OFFICE PRODUCT
   COMPUTER SKILLS.
MUST HAVE WORKING KNOWLEDGE OF BASIC HYDRAULICS AND
   HYDRAULIC CALCULATIONS

8

## I. PHYSICAL DEMANDS AND WORKING CONDITIONS

Indicate how often the following physical demands are required to perform the Essential Job Responsibilities.

C=Constantly (5-8 hrs./shift)   F=Frequently (2-5 hrs./shift)   O=Occasionally (Up to 2 hrs./shift)   R=Rarely (Does not exist as regular part of job)

| Physical Demands | | Environmental Conditions | |
|---|---|---|---|
| Standing | F | Extreme Cold | R |
| Walking | O | Extreme Heat | R |
| Sitting | F | Temperature Changes | R |
| Lifting | R | Wet | R |
| Carrying | R | Humid | R |
| Pushing | R | Noise | R |
| Pulling | R | Vibration | R |
| Climbing | R | Hazards | R |
| Balancing | R | Atmospheric Conditions | |
| Stooping | R | Other (define): | |
| Kneeling | R | | |
| Crouching | R | | |
| Crawling | R | | |
| Reaching | ? R | Physical Strength | |
| Handling | ? R | Little Physical Effort | F |
| Grasping | C | Light Work | F |
| Feeling KEYBOARD? | ? F | Medium Work | O |
| Talking | C | Heavy Work | R |
| Hearing | C | Very Heavy Work | R |
| Repetitive Motions | C | | |
| Eye/Hand/Foot Coordination | C | | |

ONLY BRIEFLY DURING FIELD WORK

TYPICAL WORK DAYS/HOURS: ___MONDAY THROUGH FRIDAY 1ST SHIFT (8-5)___

WORK SHIFTS: No ✕ Yes ___.
If Yes, What Type? Days___Nights ___ Graveyard ___ Weekends ___ Rotating
Other (Describe):

EXTENDED WORK HOURS: No ✕ Yes ___ Frequency
How Many Hours Each Time, In General?

NOT ASSIGNED, OR EXPECTED, OR COMPENSATED — BUT IN AN ATTEMPT TO KEEP UP WITH HEAVILY INCREASED WORK LOAD; VOLUNTARILY, FREQUENTLY 1-3 EXTRA HOURS DURING WORK WEEK; 2-5 HOURS WEEKEND

IRREGULAR HOURS OR DAYS: No ✕ Yes ___ Frequency
Describe:

ON-CALL: No ✕ Yes ___ Frequency? _____
Describe:

WORK AT MORE THAN ONE SITE OR LOCATION: No ___ Yes ✕
Frequency? __INTERMITTANT__ Describe: FIELD VISITS TO JOB SITES AS NECESSARY, OCCASIONALLY SUBSTITUTING FOR ENGINEERING TECHNICAL SUPERVISOR AT PERMITS CENTER.

9

TRAVEL ON JOB (for example, to clients, for training): No ___ Yes _X_.

Frequency? _OCCASIONAL_ _INFREQUENT_ How

Far/Long? IN PAST AS FAR AWAY AS NEVADA & AS LONG AS 5 DAYS, MORE FREQUENTLY AS CLOSE AS 20 MIN. DRIVE & AS LITTLE AS A FEW HOURS

SOCIAL WORK SETTING: CHECK ALL THAT APPLY AND INDICATE FREQUENCY

___✓___ Work Alone: Frequency? I PERFORM MY JOB DUTIES AUTONOMOUSLY, BUT AM SELDOM LEFT ALONE

___✓___ Work With Others: Frequency? I WORK WITH SUPERIORS AND SUBORDINATE FREQUENTLY

___✓___ Work Around, But Not With Others: Frequency? OUR OFFICE ENVIRONMEN IS OPEN AND NO MATTER WHAT WE'RE DOING, THERE ARE ALWAYS OTHERS PRESENT.

DEADLINES: CHECK ONE

_____ Few Deadlines Set Or Expected

_____ Some Deadlines, But Mostly Flexible Workload

___✗___ Work Under Consistent, But Moderate Time Pressure ⎱ IN BETWEEN

___✗___ Constantly Working With Urgent Time Deadlines ⎰ THESE TWO

_____ Other:


CONCENTRATION: CHECK ONE OR MORE:

_____ Automatic Tasks, With Little Need For Concentration

4. ___✓___ Moderate, Consistent Concentration

1. ___✓___ Required To Work On Several Different Tasks At Once

3. ___✓___ Focused Concentration For Long Periods Of Time

2. ___✓___ Many Interruptions Throughout Day

_____ Other:

## J. GENERAL EMPLOYEE COMMENTS

Because no single questionnaire can cover every part of a job, can you think of any other information that would be important in understanding your job? If so, please give us your comments below.

THIS PARTICULAR POSITION HAS BEEN EVOLVING EVER SINCE IT WAS MOVED, WITH ALL OF BRANCH SERVICES IN 1999. INITIALLY, THERE WERE SEVERAL DUTIES ASSOCIATED WITH BRANCH SERVICES THAT WERE SPREAD OUT OVER SOME OTHER POSITIONS' JOBS; THESE DUTIES HAVE ALL BEEN REASSIGNED TO BE PART OF THE POSITION I CURRENTLY HOLD. OTHER DUTIES AND RESPONSIBILITIES HAVE BEEN ADDED AS WELL. ECONOMIC RECOVERY, REVITALIZATION OF DOWNTOWN CINCINNATI, GROWING JURISDICTIONAL AREA, DEVELOPMENT AT THE BANKS; THESE HAVE ALL GREATLY INCREASED THE WORKLOAD FOR THIS POSITION AND FOR THE RELATED SUBORDINATE POSITIONS. WITH RATE INCREASES THAT WILL FOCUS ON FUNDING LEAD BRANCH REMOVAL, OUR LITTLE WORK GROUP ANTICIPATES EVEN MORE GROWTH IN WORKLOAD. CURRENTLY, I HAVE INITIATED SOME NEW PROCESSES AIMED AT AUTOMATING SOME OF OUR KEY FUNCTIONS THIS WILL ENHANCE OUR SERVICE AND PRODUCE A MUCH MORE FLUID AND EASY WORKFLOW FOR INTERNAL AND EXTERNAL CUSTOMERS, BUT WILL TAKE MORE PERSONEL HOURS. THESE ARE THE CHALLENGES AND RESPONSIBILITIES OF THIS POSITION.

PAGE 3; SECTION C DUTIES THAT WERE FORMERLY HIGHER RANKED EMPLOYEE
#2 - FORMERLY ONLY 2 SUBORDINATE TECHNICIANS WERE ASSIGNED TO BRANCH SERVICES & THEY TASKS. WERE SUPERVISED BY AN ENGINEERING TECHNICAL SUPERVISOR.
#3 - DUTY WAS FORMERLY DONE BY SENIOR ENGINEER

Employee's Signature: _Ellen J Betsche_

Date: _10 / 20 / 16_

11

## K. SUPERVISOR'S REVIEW SECTION

Based on your understanding of the job as it currently exists, please review the employee's response and provide your own comments in the space provided below. **Please do not change the employee's responses.**

The questionnaire is intended to analyze the job as it is currently being done and not how it might be done in the future. The employee's level of performance in the job is not part of this review and is not to be considered.

| Section | Remarks |
|---------|---------|
| | _See Attached two pages with my Comments_ |

Supervisor's Name: _Rebecca Calder_ Title: _Senior Engineer_

Supervisor's Signature: _Rebecca Calder_ Date: _10/20/16_

Classification Study for Ellen Betsch

K. SUPERVISOR'S REVIEW SECTION                                    10/20/2016

B.) The general purpose of this position has remained constant; however, the obstacles to performing this job have dramatically increased.

The number of large branch applications has risen exponentially over the last 5 years.

The position requires knowledge of Poseidon (GCWW mapping program), AutoCAD, Permits Plus Software, and Water Works Billing System.

This position now signs and adds condition for backflow prevention devices for all small branches. This is a new addition to this job.

With the revitalization of the Central Business District and Over the Rhine, and the introduction of the streetcar lines, the branch applications have increased in number and complexity. The workflow for these projects has also increased.

For every service branch application in the streetcar area, an individualized branch installation price must be calculated. First, Ellen must work with the Distribution Division to field inspect the proposed location of the branch and calculate the fees to install the branch. The fee structure is set for all branches except those within the streetcar area.

Once Ellen receives the cost from the Distribution Division, then there are additional branch calculations of the fees to formulate the final branch cost through a calculation established through requirements set forth by the City Manager

Additionally, this position must also work with the Engineering Design Section to coordinate and create an all-inclusive utility profile in the area of the proposed branch in the streetcar corridor. This profile must be incorporated into the branch drawing.

This position also interacts with CDOTE regarding the special permit required in the streetcar corridor. This positon is required to train and get certified for work in the streetcar corridor which is also a new development.

The CBD and Over the Rhine have many abandoned utility lines, as well as, many new utilities, optic fiber lines, streetcar rails and stray electrical currents. We require this position to navigate branches through all of this and to coordinate with many internal sections and external departments, contractors, plumbers, owners, architects and engineers.

Since this group came to Engineering in 1999, the employee in this position has not supervised the Front Counter Technicians, two Civil Engineering Technicians at the technician 2 level. Ellen is the first person in this position to supervise the two Civil Engineering Technicians at the Technician 2 level. A totally new position, Civil Engineering Technician 3, has also been included in this group. Ellen now supervises three technicians and the former employees in this position have not supervised any technicians. The addition of the Civil Engineering Technician 3 was added due to the high volume and complexity of projects.

Classification Study for Ellen Betsch

K.   SUPERVISOR'S REVIEW SECTION (cont.)                    10/20/2016


C.) The Summary of Responsibilities and Duties.

I concur with the percentage and importance of duties listed under Part C.

The duties of this position have increased in complexity. The additional workflow for the streetcar lines alone has dramatically increased the required field work, interdepartmental and interdivisional coordination.

This position also has increased supervisory duties. This position now supervises three Civil Engineering Technicians.


E.) Supervisory Responsibilities

These responsibilities have increased.

In 1999 when the Branch Service Section came to the Engineering Division from the Commercial Division, there were two clerks at the service counter. When the clerks retired or left, the positions became Civil Engineering Technicians. The Engineering Technical Supervisor of Planning supervised the two technicians until January 2015, when Ellen Betsch became their supervisor. The two technicians were both at the Civil Engineering Technician 2 level when Ellen Betsch assumed that duty.

In addition, this position began supervising a Civil Engineering Technician 3 in early 2016.

This Branch Service Supervisor position supervises two CET2s and one CET3.

In comparison, this position supervises three technicians, and the other two Planning Engineering Technical Supervisors supervise two technicians.

The Engineering Technical Supervisor of Planning supervises two CET2s.

The Engineering Technical Supervisor of Development supervises one CET3 and one Senior Engineering Technician.

## L. REVIEWING OFFICIAL'S REVIEW SECTION

Based on your understanding of the job as it currently exists, please review the employee's response and provide your own comments in the space provided below. **Please do not change the employee's or supervisor's responses.**

The questionnaire is intended to analyze the job as it is currently being done and not how it might be done in the future. The employee's level of performance in the job is not part of this review and is not to be considered.

| Section | Remarks |
|---|---|
| B | Currently this group provides the technical review of the branch applications and the branch and meter sale - for installation by others - either GCWW forces (large branches) or through contract administered by others (small branches). This position performs much of the technical work for large branches - while also supervising the work of others that are more focused on the small branch (and meter) sale process. |
| C | In agreement with Summary of Responsibilities/Duties |
| D | In agreement |
| E | In agreement. Other SETs in Engineering, including the SET in Records supervises CETs. 3 SETs in Design also supervise CETs. |
| F, G, H | In agreement |
| I | In agreement; Voluntarily works extra, Regarding Deadlines - this workgroup has busier times and not so busy times depending on what comes in from development community |
| J | Certain branch applications processes and reviews are more complicated than others depending on the location, i.e. streetcar corridor or Downtown/OTR. |
| K | In general agreement, yet growth hasn't been "exponential" question need for knowledge of Billing system. Streetcar permits is by others. |

Reviewing Official's Name: Mark Ginty        Title: Principal Engineer

Reviewing Official's Signature: Mark S Ginty        Date: Nov. 16, 2016

This questionnaire is to be forwarded next to your division administrator.

Division administrator, please initial to indicate review _____.
(Attach additional page(s) for clarifying comments, as necessary.)

13

ACTION VERBS
ATTACHMENT

This list of action verbs should be used to assist you in completing the Summary of Responsibilities section. These verbs are useful in identifying and defining job functions. Although many of the terms may seem obvious, definitions are provided in the interest of consistency.

Administer—Manage or direct the execution of affairs.
Adopt—Take up and practice as one's own.
Advise—Recommend a course of action; offer an informed opinion based on specialized knowledge
Analyze—Separate into elements and critically examine.
Anticipate—Foresee and deal with in advance.
Appraise—Give an expert judgement of worth or merit.
Approve—Accept as satisfactory; exercise final authority with regard to commitment of resources.
Arrange—Make preparation for an event; put in proper order.
Assemble—Collect or gather together in a predetermined order from various sources.
Assign—Specify or designate tasks or duties to be performed by others.
Assume—Undertake; take for granted.
Assure—Give confidence; make certain of.
Authorize—Approve; empower through vested authority.
Calculate—Make a mathematical computation.
Circulate—Pass from person to person or place to place.
Clean—To remove dirt or make tidy.
Clear—Gain approval of others.
Collaborate—Work jointly with; cooperate with others.
Collect—Gather.
Compile—Put together information; collect from other documents.
Concur—Agree with a position, statement, action, or opinion.
Conduct—Carry on; direct the execution of.
Confer—Consult with others to compare views.
Consolidate—Bring together.
Construct—Build, make or modify.
Consult—Seek the advice of others.
Control—Measure, interpret, and evaluate actions for conformance with plans or desired results.
Coordinate—Regulate, adjust, or combine the actions of others to attain harmony.
Correlate—Establish a reciprocal relationship.
Correspond—Communicate with.
Debug—To detect, locate and remove mistakes from a routine of malfunctions from a computer.
Delegate—Commission another to perform tasks or duties that may carry specific degrees of accountability.
Deliver—Carry to intended destination.
Design—Conceive, create, and execute according to plan.
Determine—Resolve; fix conclusively.
Develop—Disclose, discover, perfect, or unfold a plan or idea.
Devise—Come up with something new, perhaps by combining or applying known ideas or principles.
Direct—Guide work operations through the establishment of objectives, policies, rules, practices, methods, and standards.
Discuss—Exchange views for the purpose of arriving at a conclusion.
Dispose—Get rid of.
Disseminate—Spread or disperse information.
Distribute—Deliver to proper destinations.
Draft—Prepare papers or documents in preliminary form.
Endorse—Support or recommend.
Establish—Bring into existence.
Estimate—Forecast future requirements.
Evaluate—Determine or fix the value of.
Execute—Put into effect or carry out.
Exercise—Exert.
Expedite—Accelerate the process or progress of.
Formulate—Develop or devise.
Furnish—Provide with what is needed; supply.

Implement—Carry out; execute a plan or program.

Improve—Make something better.

Initiate—Start or introduce.

Inspect—Critically examine for suitability.

Install—To set up for use.

Interpret—Explain something to others.

Investigate—Study through close examination and systematic inquiry.

Issue—Put forth or to distribute officially.

Maintain—Keep in an existing state.

Monitor—Watch, observe, or check with an eye to reaching agreement.

Notify—Make known to.

Operate—Perform an activity or series of activities.

Participate—Take part in.

Perform—Fulfill or carry out some action.

Place—Locate and choose position for.

Plan—Devise or project the realization of a course of action.

Practice—Perform work repeatedly in order to gain proficiency.

Prepare—Make ready for a particular purpose.

Proceed—Begin to carry out an action.

Process—Subject something to special treatment; handle in accordance with prescribed procedure.

Promote—Advance to a higher level or position.

Propose—Declare a plan or intention.

Provide—Supply what is needed; furnish.

Recommend—Advise or counsel a course of action; offer or suggest for adoption.

Repair—Fix or make usable.

Represent—Act in the place of or for.

Report—Give an account of; furnish information or data.

Research—Inquire into a specific matter from several sources.

Review—Examine or re-examine.

Revise—Rework in order to correct or improve.

Schedule—Plan a timetable.

Secure—Gain possession of; make safe.

Select—Choose the best suited.

Sign—Formally approve a document by affixing a signature.

Sort—To separate or arrange according to a plan.

Specify—State precisely in detail or name explicitly.

Stimulate—Excite to activity; urge.

Submit—Yield or present for the discretion or judgement of others.

Supervise—Personally oversee, direct, inspect, or guide the work of others with responsibility for meeting standards of performance.

Train—Teach or guide others in order to bring up to a predetermined standard.

Transcribe—Transfer data from one form of record to another or from one method of preparation to another, without changing the nature of the data.

Verify—Confirm or establish authenticity; substantiate.

Write—To compose or draft.

# EXHIBIT E

SOP Employee
Classification Studies



**HR Standard Operating Procedures**

# Employee Classification Studies

August 2016

# Table of Contents

Roles and Responsibilities ........................................................................................................ 2

    Employee/Requestor ........................................................................................................ 2

    Human Resource Liaisons ................................................................................................. 3

    Human Resource Analyst .................................................................................................. 3

    Human Resources Administration ..................................................................................... 3

    Civil Service Commission .................................................................................................. 3

Types of Classification Studies/Job Audits ............................................................................... 3

CLASSIFICATION STUDY PROCESSES ................................................................................. 4

CLASSIFICATION TIMELINE .................................................................................................... 4

    Required Documents for Class Studies ............................................................................ 6

    Employee Request Process Guidelines ........................................................................... 6

Findings ................................................................................................................................... 10

On-site Audits ......................................................................................................................... 10

Implementation of Audit Findings ........................................................................................... 10

Cancellation of Job Study Requests ....................................................................................... 11

Appeals ................................................................................................................................... 11

Appendix .................................................................................................................................. 13

    Classification Study Request Form .................................................................................. 13

    Job Study Evaluation Form ............................................................................................. 13

    Simplified Job Analysis .................................................................................................... 13

    Guideline Oriented Job Analysis (GOJA) ........................................................................ 13

    Position Analysis Worksheet ........................................................................................... 13

    Classification Study Appeal Form .................................................................................... 13

    Initial Review Letter ......................................................................................................... 13

    Class Study Findings Letter ............................................................................................. 13

Purpose

The purpose of this document is to provide protocol for classification studies. For this document the terms job audit, classification study, and job study are interchangeable. When an employee feels that he or she is doing work that is more consistent with another classification, a position audit may be requested. Information is provided on the process to follow for the various requests that may be submitted to evaluate job duties. This process is not an evaluation of compensation and focuses on job design and scope of work performed. The purpose is to answer the question: *is the work performed within the scope of the classification specification?*

Management within the appointing authority is given first opportunity to evaluate and assign the appropriate level of work to employees so that work aligns with the classification specification.

Position audits will not be performed on positions that are vacant or while the incumbent is assigned in a temporary work level, on a leave of absence, serving a probationary period, or is receiving disability leave benefits.

## Roles and Responsibilities

### Employee/Requestor

CSC Rule 4, Section 6 states: Requests for audits of positions may be initiated by the Commission, the Civil Service Secretary, an appointing authority or principal executive officer, *or an employee working in the position.*

The employee/requestor is responsible for making an initial effort to discuss and attempt to resolve issues with their supervisor/Department HR/labor organization. If a resolution cannot be found, the employee/requestior is responsible for completing all necessary documents and cooperating with all steps that may be included in the evaluation and classification study within the required timeframes. If requested documents or actions are not completed within required timeframes, the study may be cancelled for non-responsiveness. Cancelled studies will require that a new request is initiated.

Requests for audits of a position, from either the incumbent or the appointing authority, may not be submitted more often than once a year. An employee may request only one audit of his or her position per year unless the employee provides, at the time of the request, documentation showing that the duties of his position have been substantially changed since the date of the completion of the previous audit. The "one-year period" will be defined as one rolling look-back year from the date of the original request for the most recent position audit.

## Human Resource Liaisons

Rule 4, Section 6 of the CSC Rules provides: Reclassification of Positions and Incumbents: *Each appointing authority is responsible for maintaining the integrity of the classification plan by assigning employees duties which are appropriate for their class in accordance with these rules and the applicable class specification. No supervisor may knowingly assign substantial higher level duties except for a temporary promotion or temporary transfer situation.*

Human Resource Liaisons are responsible for coordinating activity within the department and conveying messages to and from the HR Department. HRL's will collect data from requestors, review requestor submissions, review submission with supervisors/managers, conduct job observations, make preliminary recommendations, and assemble findings report. The final findings are due within 90 days from receipt of the acknowledgement/request forms.

## Human Resource Analyst

Human Resource Analysts (HRA's) will review HRL recommendation/findings report memo, manage employee appeals, monitor timing to ensure completion within the established timeframe, provide training on review process, evaluate and support components, as needed. HRA's will submit final recommendation to HR Administration for review and will also prepare a memo for submission to Civil Service.

## Human Resources Administration

The designated administrator from the Human Resources Department will review the HRA's final recommendation and make a determination to re-evaluate, substantiate the appeal, or to submit the findings to the Civil Service Commission.

## Civil Service Commission

The Civil Service Commission will review the study findings and determine if the finding are to be accepted or re-evaluated. The Commission may hold an appeal when requested by the study requester.

## Types of Classification Studies/Job Audits

CSC Rule 4, Section 6 states: *Requests for audits of positions may be initiated by the Commission, the Civil Service Secretary, an appointing authority or principal executive officer, or an employee working in the position.*

When a request is submitted by the Commission, the Civil Service Secretary, a department or an appointing authority, participation in all phases is required. A release form is not required. Study results may be affected without full cooperation.

When an employee makes a request for a study, before the study begins, the employee(s) must complete an acknowledgement and request form. The purpose of a classification study is not related to compensation. However, employees should be fully informed of the process and the potential outcomes related to reclassification. This is extremely important to provide this notice in the event that the study shows an employee is working below their classification. *An acknowledgment/request form must be on file before proceeding with the employee-requested study.*

Positions are to be audited no more than once a year. Requests for audits of a position, from either the incumbent or the appointing authority, may not be submitted more often than once a year. An employee may request only one audit of his or her position per year unless the employee provides, at the time of the request, documentation showing that the duties of his position have been substantially changed since the date of the completion of the previous audit. The "one-year period" will be defined as one calendar year from the date of the original request for the most recent position audit.

An employee who has received a classification change pursuant to a position audit/job study is not required to serve a new probationary period. The employee will continue to be a permanent employee in the classified service.

## CLASSIFICATION STUDY PROCESSES

Position audits shall examine the duties currently performed. The audit report reflects duties at the time of the audit and shall reflect any change in duties if such change has occurred since the date of the audit request. Duties performed while assigned in a temporary work level shall not be considered for the purposes of a position audit.

## CLASSIFICATION TIMELINE

| Action | Timeline |
|---|---|
| Employee(s) submits completed Classification Study Request Form and Employee Job Study Evaluation Form (Timeline starts when completed forms submitted, duties have been discussed with supervisor, still unresolved) | Day 0 |

| | | |
|---|---|---|
| HRL determines if there is enough information for study to continue. If so, employee is directed to complete the Employee-Generated Simplified Job Analysis Form | Day 7 | |
| Employee returns completed Simplified Job Analysis Form to HRL | Day 14 | |
| HRL sends completed form to Supervisor for review and comment. Supervisor submits comments back to HRL | Day 21 | |
| If necessary, HRL will act to remove additional duties and will notify employee and HRA of outcome | Day 28 | |
| If necessary, HRL will continue job study and if position is to be reclassified will submit a report to the HRA for review and submission to CSC. (Report must be reviewed and signed by department director) | Day 40 | Position Reclassification Process |
| If reclassification needed, HRA will submit final report to CSC | Day 60 | |
| If it is determined to not reclassify the position, the HRL will conduct additional research as needed and submit the final report and recommendation to HRA (Report must be reviewed and signed by department director) | Day 56 | |
| HRA will review the formal recommendation and provide a response to HRL and Requestor | Day 66 | |
| HRA will handle informal appeal requests and requests for review (if necessary) and will prepare memo with final recommendation to Civil Service Commission. | Day 80 | |
| Final report presented to Civil Service Commission | Day 90 | |

## Required Documents for Class Studies

There are three required forms for conducting a class study. Initially, both the Classification Study Request Form and the Employee Job Study Evaluation Form must be submitted in a completed format first before the study will begin. Upon receipt of both forms, the job study should be completed within 90 days.

1. Classification Study Request Form
2. Employee Job Study Evaluation Form
3. Employee-Generated Simplified Job Analysis Form
4. (other information may be requested)

## Employee Request Process Guidelines

A classified employee may request a review of the classification of his or her position, unless otherwise prohibited by law or a collective bargaining agreement. The employee's request must be submitted using the Classification Study Request and Employee Job Study Evaluation forms. If a request is submitted in an alternative format, the employee will be directed to the location of the online forms. The timeline for completion of the study begins upon receipt of the completed initial forms.

1. Request for an incumbent job study is submitted by the employee to the HRL using the Classification Study Request and the Job Study Evaluation forms. These forms require that the requestor identify the classification that they believe they are working in and steps already taken to resolve the concern.
2. Upon receipt of the completed forms, the HRL will conduct an initial review to determine if the process should continue.
   a. The HRL will notify the HRA that a request was made.
   b. The HRL will direct employee to discuss duties with supervisor if not already done. If needed, the HRL will provide direction to supervisors so that they do not assign duties outside of the employee's classification.
   c. If the duties listed are not out of the current class, the HRL will notify the requestor that enough information was not provided to continue and that the requester may resubmit a new request with additional information.
   d. If there is enough information present on the request to continue the process, the HRL will direct the employee to complete the Employee-Generated Simplified Job Analysis Form, which is available for download on-line (unless already submitted with the request).
3. The employee shall complete and submit the Employee-Generated Simplified Job Analysis Form to the HRL. If not submitted within 7 days of the request, the study may be cancelled. The HRL will notify the immediate supervisor and HRA of the pending form and monitor timing.

4. Once the completed form is received from the employee, the HRL will forward the form to the immediate supervisor.
5. The supervisor shall review the employee's completed Job Study Evaluation Form within 7 days of receipt and shall provide the Job Study Evaluation Form with comments/evaluation notes to the HRL. This action should be within 21 days of the start date.
6. The HRL will review the packet and meet with the supervisor and/or employee, as needed, to review the information.
    a. **If the information on the form is validated by the supervisor/department,** the department has 2 initial options:
        i. Take immediate action to remove the additional duties so that the employee is no longer working out of class. If the duties are removed, the HRL will notify the employee and the HRA of the outcome within 7 days.
        ii. The department may continue the evaluation and request that the position be reclassified.
        If the study is to continue to reclassify the position, this would require a full evaluation and submission of a notice and request to CSC to reclassify *the position*. Submission to Commission is required within 60 days of the study request when it appears a reclassification is needed.

NOTE: All requests to reclassify a position shall be reviewed by and contain the signature of the department director.

"In accordance with Civil Service Rule 4, Section 6. Reclassification of Positions and Incumbents: Each appointing authority is responsible for maintaining the integrity of the classification plan by assigning employees duties which are appropriate for their class in accordance with these rules and the applicable class specification. No supervisor may knowingly assign substantial higher level duties except for a temporary promotion or temporary transfer situation. *When the duties and responsibilities of existing positions are changed outside of the current classification, the appointing authority or principal executive officer shall report such fact to the Commission within 60 days of such changes, and transmit to the Commission a full statement of the circumstances, a description of the duties and applicable conditions of employment, if any; copies of such notices shall be provided for the affected employee(s).* Requests for audits of positions may be initiated by the Commission, the Civil Service Secretary, an appointing authority or principal executive officer, or an employee working in the position."

This reclassification request may also include a request to update the department's table of organization, provided that the *position*

reclassification is approved. This should also trigger the department to evaluate higher level classifications to ensure that the proper scope of work is performed and that personnel are not underutilized.

NOTE: **This** *position* **reclassification is a separate action from reclassifying the** *employee.* *Note: If the agency submits a request to reclassify the position and it is approved by Commission and an incumbent is not eligible for the higher level classification, the employee shall be reassigned to a position in his proper classification.*

b. **If the information provided on the analysis form is disputed by the supervisor/department,** the evaluation will continue and the HRL may also conduct job observations, interviews, completion of the **Position Analysis Worksheet**, or other actions to gather information. This continued review should be completed within 28 days. (see next step)

7. The HRL shall compile a completed report (include all notes and action steps) and submit a recommendation to the HRA within 7 days (56 total days) of receipt of the requested information to continue to analysis.

At the very least, the full report should include:
   a. A review of the current position description
   b. Comparisons to duities in similar classifications in other municipalities
   c. Budget considerations
   d. Table of Organization
   e. Comments concerning the duties of the position
   f. Historical information regarding employee in position
   g. Recommendation

All supporting documentation should be included. If the classification is also housed in an additional appointing authority, the HRA or HRL may send a request for incumbents to complete a simplified Job Analysis, GOJA, and/or an AutoGOJA. Department HRLs will review and coordinate participation and response and follow up, as needed. **The formal HRL/department recommendation may be:**
   i. the position is properly classified and performing appropriate job duties;
   ii. the position is properly classified, however, specific duties should be removed or added or
   iii. the position should be reclassified to a higher level position, a lower level position, or an equivalent position with a different title.

NOTE: All formal recommendations shall be reviewed by and contain the signature of the department director.

8. The HRA will review the formal recommendation and provide a response to the HRL within 10 days of receipt.
    a. If the HRA's evaluation supports the recommendation, the HRA will prepare a draft memo and attach with the HRL's summary report and supporting documentation and meet with the Department Administrator over Workforce Management to discuss the study findings and recommendation in the draft report.
    b. Upon HR approval, the HRA will inform the requestor that it agrees with the department's recommendation and provide a copy of the final recommendation.
    c. If the HRA does not support the recommendation, the HRA may ask for additional information, as needed. Note: Employee requests for position audits/job studies shall generally be processed by the department's HRL without an on-site audit conducted by the HR Department, unless a substantial conflict in submitted documentation is found. The HRA may resolve the conflict by requiring additional documentation or clarification. If the conflict is not resolved, an on-site review may be conducted.

9. After notification is received that the position will not be recommended for reclassification, the requestor may request that HR re-review based on specific items that are identified as discrepancies.

10. The HRA will evaluate the claims and determine if the informal appeal has merit.
    a. If the appeal has merit, the HRA will review all information with the requestor and department and make a final recommendation.
    b. If the appeal does not appear to have merit, the HRA will notify the requestor of the final recommendation and CSC submission date and send the final report and inform all involved parties that they can appeal the recommendation of the study to the Civil Service Commission, if desired. The requestor can file a formal appeal to CSC to be included with the memo/report to CSC.
    c. The HRA will prepare a memo to CSC with the final recommendation and report and submit the report to the Civil Service Commission.
    d. The HRA will inform involved parties that they can appear at the Civil Service Commission meeting and provide any additional information relative to the study they feel is warranted.

i. The department HRL (and any other department representative that may be needed to support the department's position) will attend the CSC meeting on the designated date.

ii. The requestor may attend the CSC meeting to comment on the findings. Per CSC Rule 4, Section 6, *The Commission staff shall, after investigation and review of job duties, work samples and/or any other appropriate documents or evidence, allocate or reallocate every position to the appropriate class. The appointing authority, principal executive officers and employees concerned shall have the opportunity to comment to Commission on the reclassification study report prior to Commission's approval.*

11. The Commission will make a decision on the classification study recommendation. Involved parties will be notified of the Commission's decision. If involved parties are not satisfied with the end results, they may appeal this decision through the court system.

The HRA will monitor this timeframe and may request status updates from the HRL. Status updates should be provided each month.

## Findings

The audit findings will be premised upon the information and statements provided. The information and statements submitted will be compared to the existing classification specifications. If the duties being performed are not consistent with the existing classification, the classification which most accurately describes the duties performed shall be assigned to the position.

## On-site Audits

An on-site audit may be conducted in person or by video conference.

At the time of an on-site audit, the employee, the employee's immediate supervisor, and other persons as deemed necessary by the director shall be interviewed. It shall be the responsibility of the agency to ensure that the requested parties are available for an on-site audit. If any party refuses to attend on-site audit interviews the study may be evaluated using only the information and documentation submitted.

## Implementation of Audit Findings

A position audit shall be deemed completed when the HRA sends written notification of the results to the employee and the employee's appointing authority.

Per Civil Service Rule 4, II. *When a position is reclassified to a classification having a lower salary range two resolutions are available:*

*A. Incumbents holding permanent status in a position reclassified to a classification having a lower salary range may be reassigned to a vacant position in their current classification.*

*B. If the agency determines not to fill the position at the classification approved by Commission, management may add appropriate duties in order to ensure that the employee's assigned duties are within the employee's classification. These new job assignments must be approved by Commission.*

Accordingly, if no vacant position is available and the results of a position audit indicate that a position would be properly allocated to a classification with a lower pay range assignment than the classification currently assigned, the HRA shall notify the appointing authority and the employee that the position will be reclassified pursuant to section 124.14 of the Revised Code.

*Note:* As a result of legislative changes (included in **124.14(A) of the Ohio Revised Code),** positions can be placed in the proper classification when a job audit is performed, even when the new classification has a lower pay range. The employee can also be placed in Step "X" when the pay exceeds the maximum rate of pay in the appropriate pay range. These employees will receive no pay increase until the rate of pay in the new pay range catches up to the employee's rate of pay.

## Cancellation of Job Study Requests.
Requests for audits will be deemed cancelled if:

1. The party requesting the audit submits a written withdrawal of the request.
2. The employee requesting an audit fails to timely return the Job Study Evaluation Form or other required documents to the HRL.


## Appeals
An employee or appointing authority may appeal the study findings.

Civil Service Rule 17, Section 2 states "*Appeals to the Commission for All Other Actions: An employee may appeal the results of a classification study, rejection of application, or the grading of an examination by filing a notice of appeal with the Civil Service Commission. The notice of appeal must be in writing and filed with the Commission not later than fourteen calendar days from the date of notice.*"

The acknowledgement form includes all required appeal information.

*B. Procedure in Classification Appeals: The parties in appeals of classification studies are the employee who is incumbent in the position, his principal appointive officer, and the authority which conduct the classification study. The Commission shall conduct a fact-finding hearing to determine the duties which are performed by the incumbent in the affected position. The witnesses shall be limited to the affected employee, his immediate supervisor, a representative of the appointing authority and the designee of the authority who conducted the classification study unless there is substantial disparity in their testimony or other reason to believe their testimony is inaccurate, to be determined by the Commission. Examination of the witnesses shall be conducted by the Commission, subject to further limited examination by the parties. The Commission shall compare the duties performed by the incumbent employee to the appropriate class specifications and determine the classification which most appropriately describes the duties performed in the affected position.*

## Appendix

Classification Study Request Form

Employee Job Study Evaluation Form

Employee-Generated Simplified Job Analysis Form

Guideline Oriented Job Analysis (GOJA)

Position Analysis Worksheet

Classification Study Appeal Form

Initial Review Letter

Class Study Findings Letter

# EXHIBIT F

## HR Memo Reclassification



February 2, 2018

**To:**     Doris Adotey, Supervising Human Resources Analyst

**From:**    Alexandria M. White, Supervising Management Analyst

**Copy**:    Latisha Hazell

**Subject:**  **Classification Study:  Ellen Betsch, Senior Engineering Technician**

---

### CLASSIFICATION STUDIES

A classification study looks at the job duties performed on a regular basis.  Duties performed by an individual on an infrequent basis, even if it might be at a higher level, would not be sufficient reason to reclassify the position to a higher level. Class studies deal with level of work, not volume of work nor does a class study look at salary as a justification for reclassification.  When conducting a classification study, the information on the most current class spec is the information that is used to determine the proper classification of the position being studied.

It is important to understand that the duty statements on many class specs may be the same or very similarly stated; however, the level of work is of paramount importance and is the primary concern.  For example, the task statement "reviews documents" may be found on many class specs.  What must be considered is the level of responsibility involved in reviewing documents. A CT3 may review documents in regards to proofreading for errors, checking to make sure columns are totaled correctly, and that the documents are signed.  An Administrative Technician may review documents and pull information out of a database to provide supporting documentation for the information. An Administrative Specialist may review documents to determine if policies are being applied consistently.  A Senior Administrative Specialist may review documents and draft revisions to the document.  A Supervising Management Analyst may review documents and approve changes to the policies and distribute to staff.  All of these different classifications "review documents", but there is a vast difference in the level of responsibility of each classification.

It should be noted that the knowledge, skills and abilities listed on class specs may be the same or very similarly stated.  This is especially true in a classification series where the knowledge, skills and abilities are the same.  However, what distinguishes one classification from another is, once again, the level of responsibility of work performed.   For example, knowledge of "generally accepted accounting principles and practices" is required of the Accountant, Senior Accountant and Supervising Accountant; however, the extent that this knowledge is required is based on the level of responsibility needed in each of these classifications.

## OVERVIEW

Ellen Betsch, Senior Engineering Technician submitted a request for a classification study to determine if her current position is appropriately classified. This classification study involved the review of a Job Analysis Questionnaire (JAQ) completed by Ms. Betsch, classifications specificaitons Engineering Technical Supervisor, and meeting with the employee, a review of the job classification notes by the incumbent's supervisor, and meeting with Engineering Leadership. Alexandria M. White, Supervising Management Analyst, conducted the job study.

Ms. Betsch requested the classification study in October, 2016. Water Works experienced a tranisition in the HR Manager role, thus delaying the completion of the classification study.

## WORK DUTIES/STUDY INCUMBENT

Ms. Betsch was promoted to a Senior Engineering Technician in November 2006, in the Engineering Division located at Greater Cincinnati Water Works (GCWW). Ms. Betsch is the supervisor of the Branch Services Group within the Planning Section, with three subordinates. Ms. Betsch is responsible for the day-to-day operation of the Branch Services Group, which includes the direct supervision of staff, review and assignment work, and making decisions with little input from her supervisor.

The Branch Services Group is responsible for reviewing branch service applications for any new or changing water services and water meter applications. Approval of branch services applications entails a review of the current water branch lines to determine if GCWW can support water service or water mains are required. When branch applications are submitted, Ms. Betsch determines if the application is acceptable for GCWW water service. Ms. Betsch and her group will proceed with deciding water service needs for each project and the requirements for installations of branch lines. The priority of the group is to ensure the water supply is protected and Ms. Betsch is charged with leading the group to ensure that the necessary backflow prevention is in place. Ms. Betsch has the autonomy to approve branch applications for service lines that are two inches or smaller. If a branch line is four inches or larger, Ms. Betsch conducts an initial review of the application and requests a final determination from her direct supervisor.

Ms. Betsch is also required to develop and administer a Certified Person's certificate for any master plumber or fire suppression installer. This exam is necessary to familiarize the contractors with the rules and regulations of GCWW as they relate to working on water infrastructure.

## FINDINGS

The table below represents the top four day-to-day operational priorities that are required for the supervisor of the Branch Services Group:

| Job Duty/Task | % of Time | Importance 1=Least 5=Most | Supervisor Agree? |
|---|---|---|---|
| Reviews branch service applications for water service | 35 | 5 | Yes |
| Interact with internal and external customers | 20 | 5 | Yes |
| Maintain multiple databases | 15 | 5 | Yes |
| Perform supervisory duties | 15 | 5 | Yes |

A review of the current Senior Engineering Technician class specification shows an incumbent may exercise "functional" supervision.  Functional supervision defines the role of a person who manages a crew or team, but is not required to complete, for instance, performance evaluations.  The functional supervisor operates as a team leader and provides the necessary input for disciplinary proceedings and performance evaluations. Ms. Betsch, on the other hand, is responsible for the "direct" supervision of the group and responsible for all supervisory tasks including, but not limited to, completing performance evaluations, implementing disciplinary actions, etc.  The volume of work is driven by the number of branch services applications and can fluctuate month-to-month.

In 2015, the Engineering Division reorganized the Planning Section and separated the section into three distinct work groups.  Previously, the section was comprised of two Engineering Technical Supervisors, with one Engineering Technical Supervisor responsible for managing the Branch Services and Pre-Development Groups.  Due to the demands of managing two groups, the management and supervision of the Branch Services Group was assigned to Ms. Betsch.

Ms. Betsch is required to manage the day-to-day operations of the Branch Services Group and directly supervise three subordinates.  This function does not align with her current position of Senior Engineering Technician. Ms. Betsch exercises a level of automonmy in decision making in managing the Branch Services Section. Ms. Betsch is responsible for reviewing plan submissions from plumbers, contractors, or developers who are require water services and coordinating the related activities to safeguard the water system who new or changing branch service lines are required.  Ms. Betsch's function as the section lead aligns with the duties of an Engineering Technical Supervisor because she is responsible for for overseeing the processes that may cause modifications to the water system.

## RECOMMENDATION

The Planning Section is comprised of three groups, with two managed by Engineering Technical Supervisors. Ms. Betch is performing the duties of an Engineering Technical Supervisor for the Branch Services Group.   It is the recommendation that the position and incumbent be reclassified to an Engineering Technical Supervisor. The role of a Senior Engineering Technician is critical to the operation of the department.   Additionally, it is the recommendation that the classification specification for Senior Engineering Technician and Engineering Technical Supervisor classification specification undergo a review to ensure a proper delination of duties between the two classifications.